UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CECIL MORTON,<br><br>　　　　　　　　　　　Plaintiff,<br>　v.<br><br>VANESSA JOHANSON, et al.,<br><br>　　　　　　　　　　　Defendants. | No. C16-5728 RJB-KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, and the remaining record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation (Dkt. 32).

2) Plaintiff's Motion for Temporary Restraining Order (Dkt. 13) is **DENIED.**

3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 22nd day of February, 2017.

_Robert J. Bryan_
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1