UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CECIL MORTON,

                          Plaintiff,

    v.

VANESSA JOHANSON, et al.,

                         Defendants.

No. C16-5728 RJB-KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, , and the remaining record, does hereby find and **ORDER**:

    1)     The Court adopts the Report and Recommendation.

    2)     Plaintiff's Motion for Partial Summary Judgment (Dkt. 21) is **DENIED.**

    3)     This case is re-referred to the Hon. Karen L. Strombom for further proceedings.

    4)     The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 3rd day of March, 2017.

_____
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1