# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CECIL MORTON,<br><br>  Plaintiff,<br>v.<br><br>VANESA JOHANSON, et al.,<br><br>  Defendants. | CASE NO. 3:16-CV-5728-RJB-TLF<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND RENOTING REPORT AND RECOMMENDATION |

THIS MATTER comes before the Court upon Plaintiff's Motion for Extension of Time. Dkt. 59.

Plaintiff seeks an extension of time, until March 23, 2018, to file an Objection to the Report and Recommendation. Dkt. 59. Defendants do not object to the motion. Dkt. 60.

Plaintiff's motion (Dkt. 59) is HEREBY GRANTED. Plaintiff's Objection is due by March 23, 2018. Defendants' Response is due by April 6, 2018.

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND RENOTING REPORT AND RECOMMENDATION - 1

1 The Report and Recommendation is HEREBY RENOTED for consideration on April 6, 2018.

IT IS SO ORDERED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 26th day of February, 2018.

*Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge