UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CECIL MORTON,<br><br>                      Plaintiff,<br>   v.<br><br>VANESA JOHANSON,<br><br>                      Defendant. | CASE NO. 3:16-cv-05728-RJB-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

THIS MATTER comes before the Court upon the Report and Recommendation (R&R) of Magistrate Judge Theresa L. Fricke. Dkt. 58. The Court has considered the R&R and the remainder of the file herein.

Plaintiff has not filed any objections to the R&R, despite an extended opportunity to do so. Dkt. 61.

THEREFORE, the Report and Recommendation (Dkt. 58) is HEREBY ADOPTED.

Plaintiff's Motion for Summary Judgment (Dkt. 44) is DENIED.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

Defendants' Motion for Summary Judgment (Dkt. 46) is GRANTED.

The case is HEREBY DISMISSED.

It is so ordered.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 9th day of April, 2018.

*Robert J. Bryan* (signature)

ROBERT J. BRYAN
United States District Judge