UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CECIL MORTON,<br><br>                Plaintiff,<br>   v.<br><br>VANESA JOHANSON,<br><br>                Defendant. | CASE NO. 3:16-cv-05728-RJB<br><br>ORDER VACATING ORDER ADOPTING REPORT AND RECOMMENDATION AND JUDGMENT AND RENOTING REPORT AND RECOMMENDATION |

THIS MATTER comes before the Court upon review of the file.

By no fault of Plaintiff, Plaintiff's Objection (Dkt. 64), which Plaintiff emailed on February 23, 2018, was not docketed until April 11, 2018, a date after the Court issued the Order Adopting Report and Recommendation (Dkt. 62) and Judgment (Dkt. 63), on April 9, 2018.

The Order Adopting Report and Recommendation (Dkt. 62) and Judgment (Dkt. 63) are HEREBY VACATED.

ORDER VACATING ORDER ADOPTING REPORT AND RECOMMENDATION AND JUDGMENT AND RENOTING REPORT AND RECOMMENDATION - 1

1  Pursuant to LCR 72(b), the Report and Recommendation (Dkt. 58) is HEREBY
2  RENOTED to Friday, April 27, 2018. Defendant's Response to the Objections shall be filed by
3  Thursday, April 26, 2018. No Reply by Plaintiff shall be considered. Local Civil Rule 72(b).

IT IS SO ORDERED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 12th day of April, 2018.

_____
ROBERT J. BRYAN
United States District Judge

ORDER VACATING ORDER ADOPTING REPORT AND RECOMMENDATION AND JUDGMENT AND RENOTING REPORT AND RECOMMENDATION - 2