|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| ... | | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| CECIL MORTON, | CASE NO. 3:16-cv-05728-RJB |
|---|---|
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO AMEND EXHIBIT |
| v. | |
| VANESA JOHANSON, et al., | |
| Defendants. | |

THIS MATTER comes before the Court on Plaintiff's Motion to Amend Exhibit. Dkt. 74. Plaintiff's motion requests substitution of an attached exhibit, Dkt. 74 at 2, for Exhibit 5 to Plaintiff's Reply. *See* Dkt. 73 at 20.

Defendant has filed a Statement of Non-opposition to Plaintiff's motion. Dkt., 75.

The Court having considered the motion and the remainder of the file herein, Plaintiff's motion (Dkt. 74) is HEREBY GRANTED. When considering Plaintiff's Reply, Dkt. 73, the

ORDER GRANTING PLAINTIFF'S MOTION TO AMEND EXHIBIT - 1

Court will henceforth also consider the substituted page, Dkt. 74 at 2, as Exhibit 5 to the Plaintiff's Reply.

IT IS SO ORDERED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 31st day of May, 2018.

                                               ROBERT J. BRYAN
                                               United States District Judge